# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 11-30756

---

ST. JOSEPH ABBEY; MARK COUDRAIN,

    Plaintiffs - Appellees

v.

PAUL WES CASTILLE; BELVA M. PICHON; CRAIG G. GILL; ANDREW HAYES; WALL V. MCKNEELY; MARGARET SHEHEE; KELLY RUSH WILLIAMS; LOUIS CHARBONNET, in their official capacities as Members of the Louisiana State Board of Embalmers and Funeral Directors; PATRICK H. SANDERS, in his official capacity in place of Oscar A. Rollins (deceased),

    Defendants - Appellants

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

O R D E R:

IT IS ORDERED that the motion of Louisiana Funeral Directors Association to file an amicus curiae brief in support of the appellants' reply brief is GRANTED. Whether to participate in oral argument should be presented to oral argument panel when designated —

                                  /s/ Grady Jolly
                                E. GRADY JOLLY
                                UNITED STATES CIRCUIT JUDGE